Same case below, 436 Fed. Appx. 964.

Same case below, 448 Fed. Appx. 413.

**No. 11-7296. Tyrone Sturdivant, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 862, 181 L. Ed. 2d 562, 2011 U.S. LEXIS 8854.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 420 Fed. Appx. 651.

**No. 11-7308. Matthew Arrington Turner, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 863, 181 L. Ed. 2d 562, 2011 U.S. LEXIS 8847.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 651 F.3d 743.

**No. 11-7300. Terry Lee Kellum, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 862, 181 L. Ed. 2d 562, 2011 U.S. LEXIS 8998.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 448 Fed. Appx. 452.

**No. 11-7315. Daniel Dandor, Petitioner v. Charles Warren, Administrator, New Jersey State Prison, et al.**

565 U.S. 1100, 132 S. Ct. 867, 181 L. Ed. 2d 562, 2011 U.S. LEXIS 8839.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7302. Van Jackson, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 863, 181 L. Ed. 2d 562, 2011 U.S. LEXIS 8862.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 427 Fed. Appx. 524.

**No. 11-7318. George M. Lecco, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 863, 181 L. Ed. 2d 562, 2011 U.S. LEXIS 9011.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 438 Fed. Appx. 187.

**No. 11-7304. Tron Tyrone Dixon Reid, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 863, 181 L. Ed. 2d 562, 2011 U.S. LEXIS 8912.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-7321. Clifford Scott Eaton, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 863, 181 L. Ed. 2d 562, 2011 U.S. LEXIS 8920.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.